UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Severin Wanous, ) | |
| ) | Court File No.: 10-CV-1342 ADM/JJK |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION TO EXTEND TIME** |
| ) | **TO ANSWER OR OTHERWISE** |
| Frederick J. Hanna & Associates, P.C., ) | **RESPOND** |
| ) | |
| Defendant. ) | |

Plaintiff Severin Wanous ("Wanous") and Defendant Frederick J. Hanna & Associates, P.C. ("Hanna"), hereby stipulate and agree as follows:

WHEREAS, Wanous filed the initial Complaint on April 12, 2010; and

WHEREAS, the parties have agreed that there is good reason to extend the deadline for Hanna to answer or otherwise respond to the Complaint to August 20, 2010, so that Hanna has a full and fair opportunity to fully respond.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1.  Hanna, without waiver of any defenses, shall have through and including August 20, 2010 to answer or otherwise respond to the Complaint;

2.  The parties stipulate to the entry of an appropriate order so providing.

121136390v1 865557

        Respectfully submitted,

Dated:  August 11, 2010.      **HINSHAW & CULBERTSON LLP**

 s/ Paulette S. Sarp
Thomas P. Kane, Reg. No. 053491
Paulette S. Sarp, Reg. No. 351453
Accenture Tower
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone:  612-333-3434
Fax:  612-334-8888

ATTORNEYS FOR FREDERICK J. HANNA & ASSOCIATES, P.C.

Dated:  August 11, 2010      **LYONS LAW FIRM P.A.**

 s/ Thomas J. Lyons
Thomas J. Lyons, Reg. No. 065699
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  651-770-9707

ATTORNEYS FOR PLAINTIFF
SEVERIN WANOUS